JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS LOPEZ, | ) | Case No. CV 12-3184-JFW (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE